UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---------------------------------------------------------------------------x

Bridget Hom,                                                                Civil Action No:
                                                                            9:23-cv-81513
                        Plaintiff,

    -v.-

Transunion, LLC,
Equifax Information Services, LLC,
Experian Information Solutions, Inc.,
Citibank, N.A.,
Portfolio Recovery Associates, L.L.C.,
Wells Fargo Bank, National Association,

                        Defendants.

---------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT AS TO WELLS FARGO BANK NATIONAL ASSOCIATION

Notice is hereby given that the Plaintiff, and Defendant, Wells Fargo Bank, National Association, have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 28th day of February, 2024

                                              */s/Justin E. Zeig*
                                              Justin E. Zeig, Esq.
                                              **Zeig Law Firm, LLC**
                                              3475 Sheridan Street Suite 310
                                              Hollywood, FL 33021
                                              Phone: 754-217-3084
                                              justin@zeiglawfirm.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on February 28, 2024 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            */s/ Justin E. Zeig*
                                            Justin E. Zeig, Esq.